ACCEPTED
01-15-00900-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/10/2015 4:46:41 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00900-CV

_____

**IN THE
COURT OF APPEALS
FIRST DISTRICT OF TEXAS
HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

12/10/2015 4:46:41 PM

CHRISTOPHER A. PRINE
Clerk

_____

**NATIONAL CHURCH RESIDENCES OF ALIEF, TX.,**

*Appellant*

**V.**

**HARRIS COUNTY APPRAISAL DISTRICT,**

*Appellee*

_____

**On Appeal from the 269th Judicial District Court of Harris County, Texas
Trial Court Cause No. 2014-35858**

_____

### APPELLEE'S DESIGNATION OF LEAD APPELLATE COUNSEL

TO THE HONORABLE FIRST COURT OF APPEALS:

Pursuant to the Texas Rules of Appellate Procedure 6.2, Appellee, Harris County Appraisal District, gives notice that Eric C. Farrar, State Bar No. 24036549, will serve as lead appellate counsel in the above captioned cause. Please send all communications related to this matter to Mr. Farrar's attention at Wortham Tower, Suite 600, 2727 Allen Parkway, Houston, Texas 77019, efarrar@olsonllp.com.

Appellee, Harris County Appraisal District will also continue to be represented by Denis Potvin.

Respectfully submitted,

OLSON & OLSON, L.L.P.


By: /s/Eric C. Farrar
Eric C. Farrar
State Bar No. 24036549
efarrar@olsonllp.com
Denis Potvin
State Bar No. 24074909
dpotvin@olsonllp.com
Wortham Tower, Suite 600
2727 Allen Parkway
Houston, Texas 77019
Telephone: (713) 533-3800
Facsimile: (713) 533-3888

ATTORNEYS FOR APPELLEE


## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of December 2015, a true and correct copy of the foregoing Appellee's Designation of Lead Appellate Counsel was served on the counsel for Appellant by:

☒ via e-service

to Tanya N. Garrison, Weycer, Kaplan, Pulaski & Zuber, P.C., 11 Greenway Plaza, Suite 1400, Houston, TX 77046, Telephone: (713) 961-5341, Facsimile: (713) 961-5341.


/s/ Eric C. Farrar
Eric C. Farrar


2